SARJU A. NARAN -- BAR NO. 215410
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Plaintiff
ROHIT TALAKOKKULA

**IT IS SO ORDERED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT TALAKOKKULA,<br><br>　　Plaintiff,<br><br>vs.<br><br>GALAXY SOFTWARE SOLUTIONS, INC., a Michigan corporation, and DOES 1 through 20, inclusive,<br><br>　　Defendants. | No. CV-1102215 EJD<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Federal Code of Civil Procedure 41(a), PLAINTIFF Rohit Talakokkula voluntarily dismisses the above-captioned action without prejudice. The Clerk shall close this file.

DATED: September 13, 2011

　　　　　　　　　　　　　　　　　　　HOGE, FENTON, JONES & APPEL, INC.

　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　SARJU A. NARAN
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Rohit Talakokkula